**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 00-2238**

―――――――――――

MICHAEL H. BOSTRON,

Plaintiff - Appellant,

and

MAURICE R. DUBOIS; JOHN E. BOYER,

Plaintiffs,

versus

KENNETH S. APFEL, Commissioner of Social
Security,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District
Judge. (CA-97-3154-H)

―――――――――――

Submitted: November 22, 2000      Decided: January 18, 2001

―――――――――――

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Michael H. Bostron, Appellant Pro Se. Larry David Adams, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael H. Bostron appeals the district court's order granting judgment as a matter of law to the Commissioner in Bostron's civil action in which he alleged employment discrimination claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Bostron v. Apfel</u>, No. CA-97-3154-H (D. Md. July 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2